UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CALEB REED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:14CV01664 AGF |
| ) | |
| TWIN CITY FIRE INSURANCE CO., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant's motion to dismiss or for a more definite statement. Upon review of the record, the Court finds that the allegations contained in the complaint do not fail to state a claim upon which relief may be granted. Further, a more definite statement is not required as the allegations are sufficiently clear under Federal Rule of Civil Procedure 8(a) for Defendant to admit or deny Plaintiff's claims and prepare a defense. *See e.g.*, *McCoy v. St. Louis Pub. Schs.*, No. 4:11CV918 CDP, 2011 WL 4857931, at *2-3 (E.D. Mo. Oct. 13, 2011) (stating that "motions for a more definite statement are universally disfavored" considering the liberal notice pleading standard of Rule 8(a) and should only be used to "strike at unintelligibility in a pleading rather than want of detail") (citations omitted).

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' motion to dismiss or for a more definite statement is **DENIED**. (Doc. No. 6.)

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of October, 2014.